UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID PAGE                                                                                         PLAINTIFF
ADC #143815

V.                                       5:18CV00023 JM/JTR

LAKENYA JACKSON, Food Service Provider,
Maximum Security Unit, et al.                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is voluntarily dismissed without prejudice.

Dated this 16th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE